In re:  
Joseph C. Hawkins  
    Debtor

Case No. 15-00964-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AGarner     Page 1 of 1     Date Rcvd: Feb 08, 2018  
                       Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2018.  
db          +Joseph C. Hawkins,    11630 Blue Mountain Drive,    Waynesboro, PA 17268-9342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2018 at the address(es) listed below:

       Andrew Goldberg    on behalf of Creditor    Federal National Mortgage Association Bkmail@rosicki.com  
       Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
       Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc heather@mvrlaw.com, Michelle@mvrlaw.com  
       Jacqueline F McNally    on behalf of Creditor    US Bank National Association jmcnally@sterneisenberg.com, seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com  
       James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
       Jeniece Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc jeniece@mvrlaw.com, bonnie@mvrlaw.com  
       Jerome B Blank    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP pamb@fedphe.com  
       Jerome B Blank    on behalf of Creditor    Wilmington Savings Fund Society, et. al. pamb@fedphe.com  
       Jonathan Wilkes Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@state.pa.us, RA-occbankruptcy6@state.pa.us  
       Joseph Angelo Dessoye    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al. pamb@fedphe.com  
       Leslie J Rase    on behalf of Creditor    US Bank National Association pabk@logs.com, lerase@logs.com  
       Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association bkmail@rosicki.com  
       Nicholas J. Lamberti    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us  
       Paul W McElrath, Jr.    on behalf of Debtor 1 Joseph C. Hawkins ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
       Paul William Cressman    on behalf of Creditor    Selene Finance servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in it's individual capacity, but soley as Trustee for BCAT 2015-13BTT pamb@fedphe.com  
       Thomas Song    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al. pamb@fedphe.com  
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
       William Edward Miller    on behalf of Creditor    Wilmington Savings Fund Society, et. al. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
       William Edward Miller    on behalf of Creditor    Wilmington Savings Fund Society, FSB wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
       William Edward Miller    on behalf of Creditor    US Bank National Association wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                                TOTAL: 20

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH C. HAWKINS | : | |
| Debtor(s) | : | CASE NO. 1:15-00964HWV |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 90 |
| JOSEPH C. HAWKINS | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Harrisburg, PA in said District,

Upon consideration of the STIPULATION filed on February 08, 2018 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's MOTION TO DISMISS for material default filed on or about January 18, 2018

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

Dated: February 08, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge
(AG)